**NATIONAL COOPERATIVE REFINERY ASSOCIATION**

v.

**T. S. ANSEL et al.**

No. 6296.

United States Court of Appeals
Tenth Circuit.

March 24, 1960.

Jochems, Sargent & Blaes, Wichita, Kan., for appellant.

Collins, Hughes, Martin, Pringle & Schell, Wichita, Kan., for appellees.

Before MURRAH, Chief Judge, and BRATTON and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**John BYERS**

v.

**Tracy A. HAND, Warden, Kansas State Penitentiary, Lansing, Kansas.**

No. 6293.

United States Court of Appeals
Tenth Circuit.

March 24, 1960.

Arthur L. Claussen, Topeka, Kan., and Richard J. Briskey, Denver, Colo., for appellant.

John Anderson, Jr., Atty. Gen. of Kansas, and J. Richard Foth, Asst. Atty. Gen. of Kansas, for appellee.

Before MURRAH, Chief Judge, and BRATTON and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on the ground that appellant had not exhausted his state court remedies by applying to the United States Supreme Court for a writ of certiorari, and the United States District Court for the District of Kansas is without jurisdiction.

**Robert Roland STEWART, Bankrupt,**

v.

**Roy E. WARNER, Administrator of the Estate of Elsie Winifred Warner, deceased.**

No. 6355.

United States Court of Appeals
Tenth Circuit.

May 16, 1960.

Warren Hall Coutts, Jr., El Dorado, Kan., for appellant.

Roy L. Rogers and Wetmore & Wetmore, Wichita, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.